**MUSICK, PEELER & GARRETT LLP**
225 Broadway, Suite 1900
San Diego, California 92101-5028
Telephone (619) 525-2500
Facsimile (619) 231-1234

Susan J. Field (State Bar No. 86200)
 s.field@musickpeeler.com
Lawrence A. Tabb (State Bar No. 141471)
 l.tabb@musickpeeler.com
Michelle C. Ferrara (State Bar No. 248133)
 m.ferrara@musickpeeler.com

Attorneys for Plaintiff AMCO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> LOIS LAUER, INC. d/b/a CENTURY 21 LOIS LAUER REALTY, <br><br> Defendants. | Case No. 3:22-cv-01412-TWR-BLM <br><br> [Assigned to Hon. Todd W. Robinson, U.S. District Judge; Hon. Barbara Lynn Major, U.S. Magistrate Judge] <br><br> **PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT** <br><br> Complaint Filed: September 16, 2022 |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff AMCO INSURANCE COMPANY ("AMCO") hereby dismisses all causes of action in its Complaint against defendant LOIS LAUER, INC. d/b/a CENTURY 21 LOIS LAUER REALTY ("Lauer") without prejudice.

AMCO is dismissing its Complaint in this action because AMCO and Lauer have reached an agreement regarding their coverage dispute. Pursuant to said agreement, each party agrees to bear its own costs and attorneys' fees.

1  Lauer has filed neither an answer to the Complaint nor a Motion For
2  Summary Judgment as to AMCO's claims and, as a result, dismissal under Rule
3  41(a)(1)(A)(i) is appropriate.

5  DATED: December 12, 2022         Respectfully submitted,

   MUSICK, PEELER & GARRETT LLP

   By: /s/ Michelle Ferrara
   Susan J. Field
   Lawrence A. Tabb
   Michelle C. Ferrara
   Attorneys for Plaintiff
   AMCO INSURANCE COMPANY
   Emails: s.field@musickpeeler.com;
   l.tabb@musickpeeler.com;
   m.ferrara@musickpeeler.com

**PROOF OF SERVICE**

**AMCOM INSURANCE COMPANY V. LOIS LAUER, INC. DBA CENTURY 21 LOIS LAURE REALTY**
**3:22-CV-01412-TWR-BLM**

**STATE OF , COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of . My business address is 225 Broadway, Suite 1900, San Diego, CA 92101-5028.

On December 12, 2022, I served true copies of the following document(s) described as **PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address g.castilleja@musicpeeler.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 12, 2022, at San Diego, California.

_____
Gaston R. Castilleja JR

# SERVICE LIST
## AMCOM INSURANCE COMPANY V. LOIS LAUER, INC. DBA CENTURY 21 LOIS LAURE REALTY
### 3:22-CV-01412-TWR-BLM

Karl N. Haws, Esq.
Mundell, Odlum & Haws LLP
650 E. Hospitality Lane, Suite 470
San Bernardino, CA 92408
E: khaws@mohlaw.com
*Attorney for Defendant Lois Lauer, Inc.*